UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INDIA BANKS,**

    **Plaintiff,**

v.                                         **Case No.: 8:17-cv-2201-T-23AAS**

**KENNETH REES, et al.,**

    **Defendants.**
_____/

## ORDER

    GPL Servicing, Ltd. and Kenneth Rees request an order re-designating this case as a track three case, scheduling a preliminary pretrial conference, and extending the time for them to respond to the plaintiff's Motion for Class Certification (Doc. 24). (Docs. 28, 32).

    Accordingly, after due consideration, it is **ORDERED**:

    (1)    The Motion to Re-Designate Case to Track 3, Schedule a Preliminary Pretrial Conference, and Extend Time to Respond to Motion to Certify Class is **GRANTED** as provided herein.

    (2)    This action is re-designated as a track three case.[1] The clerk is directed to make any necessary changes to the docket.

    (3)    The parties shall have until **February 23, 2018**, to conduct discovery pertaining to class certification issues.

    (4)    The plaintiff may amend her motion for class certification on or before **March 9, 2018**. The defendants shall file their response to the plaintiff's motion for class certification by

---

[1] This re-designation does not affect the January 26th deadline for the parties to file their case management report.

**March 23, 2018**.

(5)  Counsel must confer and select from the following options a mutually agreeable date and time for a preliminary pretrial conference:

- Wednesday, February 7, 2018 at 1 p.m. or 2 p.m.

- Thursday, February 8, 2018 at 9 a.m., 10 a.m., 2 p.m. or 3.p.m.

- Wednesday, February 21, 2018 at 9 a.m., 10 a.m., 11 a.m., 1 p.m., 2 p.m. or 3 p.m.

No later than January 26, 2018, counsel must file a notice indicating their selected date and time for the preliminary pretrial conference.

**ORDERED** in Tampa, Florida on this 19th day of January, 2018.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2